ACCEPTED
15-25-00005-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/7/2025 2:41 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00005-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/7/2025 2:41:22 PM
CHRISTOPHER A. PRINE
Clerk

**In the
Fifteenth Court of Appeals**

JOHNNY PARTAIN,
*Plaintiff –Appellant,*
v.

STATE OF TEXAS,
*Defendant –Appellee.*

On Appeal from the
126th Judicial District Court, Travis County, Texas

**MOTION FOR EXTENSION OF TIME TO FILE
APPELLEE BRIEF**

To the Honorable Fifteenth Court of Appeals:

1. As currently scheduled pursuant to the Texas Rules of Appellate Procedure and order of this Court, Appellee State of Texas is scheduled to file its Appellee brief on April 24, 2025, following service of Appellant's brief on March 25, 2025.

2. Pursuant to Texas Rules of Appellate Procedure 38.6(d) and 10.5(b), Appellee seeks an extension of either thirty days after the filing of the Reporter's Record with the Honorable Fifteenth Court of

Appeals, or, in the alternative, a thirty-day extension of Appellee's present filing deadline.

3. Appellant filed a notice with the Court representing that Appellant had contacted the trial court to obtain the Reporter's Record, but that the trial court represented to Appellant that no Reporter's Record existed. Therefore, Appellant filed his brief without a Reporter's Record.

4. Shortly after the filing of Appellant's brief, Appellee discovered that a Reporter's Record does exist. It appears Appellant contacted the trial court listed on the district court docket sheet (the 126th District Court) to obtain the Reporter's Record, but due to Travis County's central docket, the case was not heard in the 126th District Court. The case was heard in the 353rd District court. As such, the Court Reporter for the 126th District Court correctly represented to Appellant that she did not have a Reporter's Record for this case.

5. Appellee contacted the Court Reporter for the 353rd District Court and discovered she did have a Reporter's Record for this case. Appellee promptly alerted Appellant to the mistake and forwarded

Appellant's Request for Reporter's Record to the correct Court Reporter. The Court Reporter for the 353rd District Court was prepared to file the Reporter's Record with this Court, but as indicated in the Court Reporter's Status Report, Appellant instructed the Court Reporter that he would not pay for the Reporter's Record.

6. Appellee is making arrangements to pay for the Reporter's Record. For these reasons, an extension of time is respectfully requested to file Appellee's brief in this matter.

7. This extension is sought in the interest of justice and not for delay. No party will be prejudiced if this extension is granted. No previous extensions of Appellee's brief deadline have been requested or granted. Appellant, Johnny Partain, indicated to the undersigned counsel that he has no objection to an extension of Appellee's brief deadline as requested.

8. For the foregoing reasons, Appellee respectfully requests the Court grant either a thirty-day extension from the filing of the Reporter's Record, or, in the alternative, a thirty-day extension of Appellee's current brief deadline.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Civil Litigation

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

Ali Thorburn
Texas Bar No. 24125064
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4392
FAX: (512) 320-0667
ali.thorburn@oag.texas.gov

Counsel for Appellee

## CERTIFICATE OF CONFERENCE

I certify that on March 27, 2025, I conferred with Appellant, Johnny Partain, who indicated on March 27, 2025, that he did not oppose the relief requested herein.

/s/ Ali Thorburn
**ALI THORBURN**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I certify that a copy of the above Motion for Extension of Time to File Appellee Brief was served on the 7th day of April 2025, upon the following individuals by email, Certified Mail, Return Receipt Requested and via regular mail:

Johnny Partain                    *Plaintiff Pro Se*
7020 N. 16th Street
McAllen, Texas 78504

CM/RRR#: 9589 0710 5270 0480 2532 69

/s/ Ali Thorburn
**ALI THORBURN**
Assistant Attorney General

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ariana Ines on behalf of Ali Thorburn
Bar No. 24125064
ariana.ines@oag.texas.gov
Envelope ID: 99363994
Filing Code Description: Motion
Filing Description: MOTION FOR EXTENSION OF TIME TO FILE APPELLEE BRIEF
Status as of 4/7/2025 2:52 PM CST

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ali Thorburn | | Ali.Thorburn@oag.texas.gov | 4/7/2025 2:41:22 PM | SENT |

Associated Case Party: Johnny Partain

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Johnny Partain | | partain@atlastechnologies.biz | 4/7/2025 2:41:22 PM | SENT |